

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00042-CV

**CITY OF FLORESVILLE, TEXAS**, and Marissa Ximenez, Gloria E. Martinez, Juan Ortiz, Jade Jimenez, Gloria Morales Cantu, Monica Veliz, in their official capacities, Appellants

v.

Nick **NISSEN**, David Johns, Paul W. Sack, Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW-19-00897
Honorable Lynn Ellison, Judge Presiding

## O R D E R

Appellees' brief was due on August 9, 2021. *See* TEX. R. APP. P. 38.6(b). To date, no Appellees' brief or motion for extension of time has been filed.

If Appellees wish to file a brief in this appeal, Appellees are hereby ORDERED to file within TEN DAYS of the date of this order (1) Appellees' brief and (2) a reasonable explanation for failing to timely file the brief. *See id.* R. 38.6(d). If Appellees wish the response to serve as a motion for extension of time, the response must comply with Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. *See id.* R. 10.5(b)(1); 4TH TEX. APP. (SAN ANTONIO) LOC. RS., http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx.

If Appellees fail to file an adequate response within TEN DAYS of the date of this order, the appeal will be set for submission without Appellees' brief. *See Jackson v. Tex. Bd. of Pardons & Paroles*, No. 01-03-00862-CV, 2008 WL 921035, at *1 n.2 (Tex. App.—Houston [1st Dist.] Apr. 3, 2008, no pet.) (mem. op.) ("'In a civil case, the court will accept as true the facts stated [in Appellant's brief] unless another party contradicts them.'" (alteration in original) (quoting TEX. R. APP. P. 38.1(g))).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court